No. 250.   GOLDSTEIN BROTHERS, INC., *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 7th Cir.   Certiorari denied.   *Sol Goodman* for petitioner.   *Oscar H. Davis*, then Acting Solicitor General, *Assistant Attorney General Rice* and *Lee A. Jackson* for respondent.

No. 251.   GENERAL PROTECTIVE COMMITTEE FOR HOLDERS OF OPTION WARRANTS OF UNITED CORPORATION ET AL. *v.* UNITED CORPORATION ET AL.   C. A. 3d Cir.   Certiorari denied.   *Henry S. Drinker, Thomas Reath, John Mulford* and *M. Quinn Shaughnessy* for petitioners.   *Oscar H. Davis*, then Acting Solicitor General, *Thomas G. Meeker, Alexander Cohen* and *Ellwood L. Englander* for the Securities and Exchange Commission, and *Richard Joyce Smith, William S. Potter* and *William R. Sherwood* for the United Corporation, respondents.

No. 252.   CARPENTERS' LOCAL UNION No. 1028, UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, AFL, *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 10th Cir.   Certiorari denied.   *Charles H. Tuttle* and *Francis X. Ward* for petitioner.   *Oscar H. Davis*, then Acting Solicitor General, *Theophil C. Kammholz, Dominick L. Manoli* and *Samuel M. Singer* for respondent.

No. 253.   WOLCHER *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.   *Harold Leventhal* and *Leo R. Friedman* for petitioner.   *Oscar H. Davis*, then Acting Solicitor General, *Assistant Attorney General Rice, Marvin E. Frankel* and *Joseph M. Howard* for the United States.